■■■ In the Matter of KATHERINE E., Appellant, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of ALEXIS E., Respondent. (Appeal No. 2.) [708 NYS2d 683] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Alexis E.* (272 AD2d 935 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Placement.) Present—Hayes, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.